THE HONORABLE MARSHA J. PECHMAN

___ FILED  ___ ENTERED
___ LODGED ___ RECEIVED

MAY 31 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

05-CV-00925-ORD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PALAZZO INTERCREATIVE, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VENETIAN CASINO RESORT, LLC, a Nevada Limited Liability Company,<br><br>Defendant. | NO. CV05-0925<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

THIS MATTER has come before the Court on Plaintiff's Motion for Summary Judgment. The Court has considered the documents submitted on the motion, the arguments of counsel, and the pleadings and files on record herein.

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for Summary Judgment is GRANTED. The Court hereby issues a declaratory judgment that the registration and use of the <palazzo.com> domain name by Plaintiff Palazzo

---

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT - 1

BLANK Law & Technology P.S.
2001 Western Avenue, Suite 250
Seattle, WA 98121
Phone: (206) 256-9699
Fax: (206) 256-9899

Intercreative is not unlawful under the Anticybersquatting Consumer Protection Act, 15 U.S.C. §1125(d), et al. with respect to the Defendant Venetian Casino Resort LLC and its registration and use of the trademark "Venetian Palazzo."

DONE IN OPEN COURT this __30__ day of __May__, 2006.

_____
Hon. Marsha J. Pechman

Presented by:

By: ___/s/ Jonathan Yeh___
Jonathan Yeh, WSBA No. 32734
Attorney for Plaintiff

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT - 2

BLANK Law & Technology P.S.
2001 Western Avenue, Suite 250
Seattle, WA 98121
Phone: (206) 256-9699
Fax: (206) 256-9899